Stuart T. Barasch, Esq. (State Bar No. 74108)
Of Counsel, Olinsky Law Group
P.O. Box 961719
El Paso, TX  79996
Telephone: (213) 621-7622
Facsimile: (213) 402-2261
Email: stuartbarasch@gmail.com
Attorney for Plaintiff, John Lampshire

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

JOHN LAMPSHIRE,

        PLAINTIFF,

No. 2:24-cv-03183-DC-DMC

-v-

LELAND DUDEK,
Acting Commissioner of Social Security,

        Defendant.

-----------------------------------------------------------

**ORDER**

Before the Court is the Motion of Plaintiff, John Lampshire, for an extension of time. Because the Court finds good cause and Defendant has no objection, the Court hereby GRANTS the motion. It is hereby ORDERED that the Plaintiff has until May 30, 2025, to file his Opening Brief.  Accordingly, Defendant's deadline to file his Responsive Brief is extended to June 30, 2025.  Plaintiff's deadline to file a Reply Brief, if any, is extended to July 14, 2025.

//

//

1

1  Let the clerk file this Order electronically and notify all counsel of record
2  accordingly.
3
4  It is so ORDERED.
5
6  Dated: March 25, 2025
7
8  _____
   DENNIS M. COTA
   UNITED STATES MAGISTRATE JUDGE

2