Melissa A. Palmer (State Bar No. 357767)
Olinsky Law Group
250 S. Clinton Street, Suite 210
Syracuse, New York 13202
t. 315.701.5780
f: 315.701.5781
e: mpalmer@windisability.com
Attorney for John Lampshire, Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

JOHN LAMPSHIRE,

    PLAINTIFF,

            No. 2:24-cv-03183-DC-DMC

-v-

FRANK BISIGNANO,
Commissioner of Social Security,

    Defendant.
-----------------------------------------------------------

**ORDER**

  Before the Court is the Motion, ECF No. 21, of Plaintiff, John Lampshire, to file his Objection to the Report and Recommendation of the Magistrate Judge. Counsel for Plaintiff, Melissa Palmer, filed the Objection to the Report and Recommendation contemporaneously with her Stipulated Motion to File Out of Time.

  Upon consideration of the Stipulated Motion, and for a showing of good cause, it is hereby ORDERED that Plaintiff's Stipulated Motion to File Out of Time is GRANTED.

1

It is FURTHER ORDERED that Plaintiff's Objection to the Report and Recommendation is deemed timely filed.

Dated:  December 12, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2